Mr. Nicholas Hurst

V.

Pike County Jail

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 18 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

5:23-cv-110-DCB-FKB

Sworn to and subscribe before me, this Thursday, 14th day of December, A.D. 2023... To the Clerk U.S. District Court of Southern District of MS. I thee above inmate in Magnolia Pike County Mississippi Jail is requesting the paper work to file a law suit against my county jail on grounds,

(1) Curel & Unusual Punishment
(2) Habitual Curel & Inhuman Treatment
(3) & Due Process up under the U.S. CONSTITUTION 5th Amendment of the MS CONSTITUTION Article 3, Sec. 14
(4) & Unreasonable Search & Seizure up under the U.S. CONSTITUTION 4th Amendment of the MS CONSTITUTION Article 3, Sec. 23

This jail is in so many violation. Like for one how we are lock on a zone with only one way in and one way out. Our windows are cover with metal plates & our

Pg. 1 of 1

main door has a cage over it with a metal boxs with a iron rod inside of it. They treat us like a person would treat a dog that they dont want. Our showers has black mole in them and all the jail administration does is paint over it. Our sinks on the zone runs constantly. Our toilets that we have to sit on to use the bathroom has green and white stuff on them and the walls is full of dust cause the venlatition system doesn't work at all. We dont have a panic button to let them know if something is going wrong on the zone or if we need any assistance we have to wait for hours on hours til someone comes to the back, and that's violating our CONSTITUTION Rights. Plus we are being held in this jail for two years cause they say thats how long it takes to indict a person on a charge.

THANK YOU, YOUR PROMPT RESPONCE IS GREATLY APPRECIATED...
GOD BLESS!

Signed, this the 14th day of December, 2023

Nicholas Hurst      Pg. 2 of 2